# MEMORANDUM
## TO THE HONORABLE FREDERIC BLOCK
## SENIOR UNITED STATES DISTRICT JUDGE

RE: **REIDY, Stephen**
**DOCKET NO.: 01-CR-652**
**REQUEST FOR STATUS CONFERENCE**

On November 13, 2002, Your Honor sentenced the above-mentioned individual to five (5) years probation with the following special conditions: the defendant shall serve six (6) months in a halfway house; the defendant shall continue to participate in mental health treatment as directed by the Probation Department; the defendant shall make full financial disclosure to the Probation Department; and the defendant shall comply with the restitution ordered in Judgment- $62,462.00 to be paid at the rate of $100 per month and payments shall commence immediately. This sentence followed a conviction on the charge of Theft of Social Security Disability Benefits, in violation of 18 USC 641.

On May 2, 2005, the undersigned officer submitted a memorandum reflecting that the probationer was arrested by the New York City Police Department's (NYPD) 100th Precinct for Assault with Intent to Cause Physical Injury and Harassment in the Second Degree: Physical Contact. Specifically, the probationer and his wife, Mary Cronin, filed cross-complaints against one another reflecting that a verbal dispute resulted in a physical altercation, each accusing the other as the aggressor. They were released from custody with a Temporary Order of Protection issued against each other: both Orders have since been vacated in Queens Criminal Court. On May 11, 2005, Your Honor ordered that violation proceedings not be initiated regarding this arrest. As recommended by the Probation Department, the defendant and his wife have been receiving marital counseling from the defendant's therapist at Long Island Consultation Center (LICC). The therapist, Susan Grinberg, reports that the counseling has resulted in improved communication between the defendant and his wife. As such, it is respectfully recommended that no action be taken regarding this arrest since the defendant appears committed to continued counseling.

The purpose of this memorandum however, is to address the defendant's restitution obligation. As noted above, Your Honor ordered that the defendant pay $62,462 at the rate of $100 per month. To date, the defendant has paid a total of $200 towards this obligation, the last payment having been received on February 10, 2003. The defendant was afforded leniency regarding the financial obligation as he has been an unemployed social security recipient with a monthly income totaling $1,207 that supports him and his wife. However, in July, 2005, the defendant reported receiving an inheritance in the amount of approximately $176,000. The undersigned officer advised the defendant that based on this inheritance, he must satisfy the full restitution obligation. The defendant reported that he had done so by way of depositing $65,000 in a 15 year annuity on behalf of his daughter, Kimberly Reidy. Attached is a statement from First Sun America reflecting this policy. Please note that the annuitant is reflected as 'Stephen J. Reidy, Jr.' and further that the defendant has not been in contact with his daughter since she was placed in foster care in 1990 and is unaware of her whereabouts. The instant offense involved the defendant stealing Social Security Disability (SSD) checks from the Social Security Administration (SSA) as he was the designated payee since his daughter was under the age of 18. The defendant failed to notify the SSA that his daughter was placed in foster care and he continued to receive her SSD benefits. The undersigned officer clarified that the defendant's Judgment required him to submit payment to the Clerk of the Court who then would remit payment to the SSA.

While the undersigned officer consulted with the Financial Litigation Unit (FLU) of the Eastern District of New York about restitution payment obligation as relates to an inheritance, the defendant was afforded the opportunity to speak with an attorney. While unclear if under legal advice, the defendant ultimately

agreed to pay restitution according to the payment schedule set forth in the Judgment ($100/month) and all arrears since his last payment in 2003. After consultation with FLU attorney, Edward Newman, and Deputy Chief Assistant U.S. Attorney at FLU, Thomas McFarland, it was suggested by the latter that the defendant satisfy the full restitution amount from the inheritance since he now has a greater financial ability to pay. Reference is made to 18 USC 3664 (k) regarding the enforcement of a restitution order that stipulates that 'the court be notified of any material change in the defendant's economic circumstances that might affect the ability to pay restitution and upon such notification, may cause the court to adjust the payment schedule or require immediate payment in full in the interest of justice'. Further, 18 USC 3664 (n) reflects that 'if a person obligated to provide restitution receives substantial resources from any source, including an inheritance, (during a period of incarceration), that person shall be required to apply the value of such resources to any restitution still owed'. The undersigned officer contends that such a provision is applicable also to a person under supervision.

Finally, it is reported that the defendant has continued to receive additional inheritance allotments. As reflected in the attached bank account statement from North Fork Bank, as of December 23, 2005, the defendant has a checking account balance totaling $205,835.49.

As an acceptable resolution regarding the payment of the outstanding restitution order has not been reached between the Probation Department and the defendant, it is respectfully requested that a status conference be scheduled in order to further address the issue.

Respectfully Submitted,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared By: _____
Jeanine Manno
U.S. Probation Officer

Approved By: _____
Nella Yelenovic
Supervising U.S. Probation Officer

☑ STATUS CONFERENCE SCHEDULED FOR 2/24/06 AT 2:30pm.

☐ INITIATE VIOLATION PROCEEDINGS

☐ OTHER ACTION _____

_____   2.9.06
U.S. District Judge    Date

January 24, 2006

Encl.


**First SunAmerica**

**AIG** Member American International Group, Inc.

QUARTERLY GROWTH REPORT OF YOUR POLICY FOR THE QUARTER ENDING 06/30/2005



>04045 4224934 001 008129

STEPHEN J REIDY JR
300 BEACH 88TH ST
ROCKAWAY BEACH, NY 11693-1447

- **Contract Number**    NZ205940
- **Policy Date**    03/30/2005
- **Annuitant**    Stephen J Reidy Jr
- **Policy Type**    Non-Qualified
- **Agent**    Nfb Agency Corp
- **Composite Annual Yield**    5.15%

## Important Messages

For access to your account 24 hours a day, please visit our website at www.aigannuityaccess.com.®

## Account Information

| | Current Quarter<br>04/01/2005 - 06/30/2005 | Year - To - Date<br>01/01/2005 - 06/30/2005 |
|---|---:|---:|
| Deposits | 65,000.00 | 65,000.00 |
| Interest | 827.97 | 827.97 |
| Accumulated Value | 65,827.97 | 65,827.97 |

## Deposits And Withdrawals Processed During This Quarter

| Date | Amount |
|---|---|
| 03/30/2005 | 65,000.00 |

**Annuity Administration**
P.O. Box 9006 • Amarillo, TX 79105-9006 • 877.289.0256

R179-F

# North Fork Bank

ROCKAWAY PARK
For Information: (877)694-9111

NOTICE: See Reverse side for Important Information

12-23-05
PAGE 1
2176064067
NO ENCLOSURES

STEPHEN REIDY
ITF MARY REIDY & KIMBERLY JEAN        217
300 BEACH 88TH ST APT 4
ROCKAWAY BEACH NY 11693-1447

ENROLL IN DEBITPERKS TODAY AND START EARNING VALUABLE REWARD POINTS FOR SHOPPING WITH YOUR EXPRESS CHECK DEBIT CARD. CONTACT YOUR LOCAL BRANCH OR VISIT US ONLINE AT WWW.NORTHFORKBANK.COM FOR MORE INFORMATION.

| NFB INCREDIBLE INTEREST CKING | 217606 406 7 | |
|---|---|---|
| Previous Balance | 11-24-05 | 205,583.33 |
| +Deposits/Credits | 1 | 1,207.00 |
| -Checks/Debits | 24 | 1,359.03 |
| -Service Charge | | .00 |
| +Interest Paid | | 404.19 |
| Ending Balance | 12-23-05 | 205,835.49 |
| Days in Statement Period | 29 | |

### INTEREST INFORMATION

| Average Daily Balance | 205,764.88 |
|---|---|
| Days in Earnings Period | 29 |
| Interest Earned | 404.19 |
| Annual Percentage Yield Earned | 2.50 % |
| Interest Paid this Year | 1,662.31 |
| Interest Withheld this Year | .00 |

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 11-24 | 2.470% | | | | |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 205,583.33 |
| 11-25 | POS PUR 112405 C-TOWN 8715ROCKAWAYBEACHBLVD ROCKAWAY B,NY | | 40.28 | | 205,543.05 |
| 11-25 | POS PUR 112305 C-TOWN 8715ROCKAWAYBEACHBLVD ROCKAWAY B,NY | | 12.62 | | 205,530.43 |
| 11-25 | POS PUR 112205 CVS PHARMA CVS PHARMACY #2720 Q03 ROCKAWAY B,NY | | 6.37 | | 205,524.06 |
| 11-29 | POS PUR 112505 THE VITAMI THE VITAMIN SHOPPE VII NEW YORK,NY | | 194.48 | | 205,329.58 |
| 11-29 | ATM W/D 112905 NORTH FORK 14621 JAMAICA AVE JAMAICA,NY | | 40.00 | | 205,289.58 |
| 11-30 | ATM W/D 113005 Money Mark 90-10 Rockaway Beach Rockaway,NY | | 101.50 | | 205,188.08 |
| 11-30 | ATM W/D TRANSACTION FEE | | 1.25 | | 205,186.83 |
| 12-02 | US TREASURY 303  SOC SEC | | | 1,207.00 | 206,393.83 |
| 12-03 | WITHDRAWAL | | 100.00 | | 206,293.83 |
| 12-05 | ATM W/D 120405 Money Mark 90-10 Rockaway Beach Rockaway,NY | | 41.50 | | 206,252.33 |
| 12-05 | POS PUR 120305 C-TOWN 8715ROCKAWAYBEACHBLVD ROCKAWAY B,NY | | 34.50 | | 206,217.83 |
| 12-05 | ATT 800-222-0300 AT&T SERVS | | 48.25 | | 206,169.58 |
| 12-05 | ATM W/D TRANSACTION FEE | | 1.25 | | 206,168.33 |
| 12-06 | ATM W/D 120605 Money Mark 90-10 Rockaway Beach Rockaway,NY | | 101.50 | | 206,066.83 |

Continued on next page

# North Fork Bank

STEPHEN REIDY  
ITF MARY REIDY & KIMBERLY JEAN  
300 BEACH 88TH ST APT 4  
ROCKAWAY BEACH NY 11693-1447

12-23-05  
PAGE 2  
2176064067

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Balance Forward | | | | 206,066.83 |
| 12-06 | ATM W/D TRANSACTION FEE | | 1.25 | | 206,065.58 |
| 12-10 | POS PUR 120905 C-TOWN 8715ROCKAWAYBEACHBLVD ROCKAWAY B,NY | | 15.82 | | 206,049.76 |
| 12-12 | ATM W/D 121205 Money Mark 90-10 Rockaway Beach Rockaway,NY | | 101.50 | | 205,948.26 |
| 12-12 | POS PUR 121005 CVS PHARMA CVS PHARMACY #2720 Q03 ROCKAWAY B,NY | | 183.28 | | 205,764.98 |
| 12-12 | ATM W/D TRANSACTION FEE | | 1.25 | | 205,763.73 |
| 12-17 | ATM W/D 121705 NORTH FORK 2520 FLATBUSH AVE BROOKLYN,NY | | 60.00 | | 205,703.73 |
| 12-19 | ATM W/D 121905 Money Mark 90-10 Rockaway Beach Rockaway,NY | | 101.50 | | 205,602.23 |
| 12-19 | POS PUR 121805 C-TOWN 8715ROCKAWAYBEACHBLVD ROCKAWAY B,NY | | 33.69 | | 205,568.54 |
| 12-19 | ATM W/D TRANSACTION FEE | | 1.25 | | 205,567.29 |
| 12-20 | POS PUR 121705 THE VITAMI THE VITAMIN SHOPPE#701 BROOKLYN,NY | | 15.99 | | 205,551.30 |
| 12-22 | ATM W/D 122205 NORTH FORK 116-01 ROCKAWAY BEACH B ROCKAWAY P,NY | | 120.00 | | 205,431.30 |
| 12-23 | INT PMT 11/24/05 THRU 12/22/05 | | | 404.19 | 205,835.49 |
| | Ending Balance | | | | 205,835.49 |

\* - - - - - - - - - - - - - EFT ACTIVITY - - - - - - - - - - - - - \*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11-25 | POS PUR 112405 C-TOWN | 40.28- |
| 11-25 | POS PUR 112305 C-TOWN | 12.62- |
| 11-25 | POS PUR 112205 CVS PHARMA | 6.37- |
| 11-29 | POS PUR 112505 THE VITAMI | 194.48- |
| 11-29 | ATM W/D 112905 NORTH FORK | 40.00- |
| 11-30 | ATM W/D 113005 Money Mark | 101.50- |
| 12-02 | US TREASURY 303 SOC SEC | 1207.00 |
| 12-05 | ATM W/D 120405 Money Mark | 41.50- |
| 12-05 | POS PUR 120305 C-TOWN | 34.50- |
| 12-05 | ATT 800-222-0300 AT&T SERVS | 48.25- |
| 12-06 | ATM W/D 120605 Money Mark | 101.50- |
| 12-10 | POS PUR 120905 C-TOWN | 15.82- |
| 12-12 | ATM W/D 121205 Money Mark | 101.50- |
| 12-12 | POS PUR 121005 CVS PHARMA | 183.28- |
| 12-17 | ATM W/D 121705 NORTH FORK | 60.00- |
| 12-19 | ATM W/D 121905 Money Mark | 101.50- |
| 12-19 | POS PUR 121805 C-TOWN | 33.69- |
| 12-20 | POS PUR 121705 THE VITAMI | 15.99- |
| 12-22 | ATM W/D 122205 NORTH FORK | 120.00- |

END OF STATEMENT